# EXHIBIT C



## Amendment to the System Agreement

# REDACTED

REDACTED

REDACTED

# REDACTED

# REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

# REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

# REDACTED

REDACTED

REDACTED

# REDACTED